IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUDY DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:26cv199 |
| | ) | **Electronic Filing** |
| **TINA WALKER** Superintendent, **BIGAM** Activities Officer, **WALLACE** Activities Officer, **KNEPPER** Activities Officer and **COMMONWEALTH OF PENNSYLVANIA,** | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff Rudy Davis ("Plaintiff") commenced this prisoner civil rights action on February 4, 2026. The case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 5) filed on July 27, 2026, recommended that plaintiff's Complaint be dismissed with prejudice. Plaintiff was informed that objections to the Report and Recommendation were due by August 13, 2026. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 29th day of October, 2026,

IT IS ORDERED that [1-2] the Complaint be, and the same hereby is dismissed without prejudice. The [5] Report and Recommendation of Magistrate Judge Kelly dated July 27,

2026, is adopted as the opinion of the Court. The Clerk shall mark the case CLOSED.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Rudy Davis
LP6169
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450

(*Sent Via First Class Mail*)